ASTRAZENECA PHARMACEUTI-
CALS LP and AstraZeneca UK
Limited, Plaintiffs–Appellants,

v.

ANCHEN PHARMACEUTICALS,
INC., Defendant

and

Osmotica Pharmaceutical Corporation,
Defendant–Appellant,

and

Torrent Pharmaceuticals Limited
and Torrent Pharma Inc.,
Defendants–Appellants,

and

Mylan Pharmaceuticals Inc. and Mylan
Inc., Defendants–Appellants.

Nos. 2012–1359, 2012–1360, 2012–1361,
2012–1362, 2012–1363, 2012–1364.

United States Court of Appeals,
Federal Circuit.

Feb. 14, 2013.

Henry J. Renk, Fitzpatrick, Cella, Har-
per & Scinto, of New York, NY, argued for
plaintiffs-appellees. With him on the brief
were Bruce C. Haas, Steven C. Kline, Mi-
chael P. McGraw, Dennis Gregory and
Robert J. Czarnecki, Jr.

Christopher T. Griffith, Leydig, Voit &
Mayer, Ltd., of Chicago, IL, argued for
defendant-appellant, Osmotica Pharmaceu-
tical Corporation and William A. Rakoczy,
Rakoczy Molino Mazzochi Siwik LLP, of
Chicago, IL, argued for Defendants-appel-
lants, Mylan Pharmaceuticals, Inc., et al.
With them on the brief were Robert F.
Green, Leydig, Voit & Mayer, Ltd. of Chi-
cago, IL, Jamacia P. Szeliga, of Washing-
ton, DC, and Amy D. Brody, Rakoczy Mol-
ino Mazzochi Siwik LLP, of Chicago, IL.

H. Keeto Sabharwal, Sterne, Kessler,
Goldstein & Fox, PLLC, of Washington,
DC, argued for defendants-appellants,
Torrent Pharmaceuticals Limited, et al.
With him on the brief were Byron L.
Pickard, Jonathan M. Strang and Dennies
Varughese.

MOORE, MAYER, and WALLACH,
Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and con-
sidered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**